UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2521** |
| **JOSEPH LOPINTO** | **SECTION: D (3)** |

### ORDER AND REASONS

The Court, having considered *de novo* Plaintiff Larry Davis' 42 U.S.C. § 1983 Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter.  In doing so, the Court notes that it has construed Plaintiff Larry Davis' *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims alleged in the Complaint[5] against Defendant, Joseph Lopinto, are **DISMISSED, with prejudice,** pursuant to 28 U.S.C. §§ 1915(e), 1915A as frivolous and for failing to state a claim on which relief may be granted, for the reasons stated in the Report and Recommendation.

New Orleans, Louisiana, October 6, 2022.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 1.
[2] R. Doc. 6.
[3] Objections were due September 22, 2022.  Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections.  None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).
[5] R. Doc. 1.